IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No: 3:17-cr-00905-JMC |
| ) | |
| v. ) | |
| ) | |
| Leigh Antley McCamy, ) | |
| ) | |

**MOTION TO ADOPT ALL MOTIONS FILED BY CO-DEFENDANTS**

The Defendant, by and through his undersigned attorney, does hereby move the Court, for an Order permitting the adoption by this Defendant of all motions filed by the Co-Defendants in the above referenced case.

Respectfully submitted, this the 21st day of December, 2017.

s/J. Christopher Mills, Esq.
J. Christopher Mills, Esquire
Federal Bar Number 4802
J. Christopher Mills, LLC
P.O. Box 8475
Columbia, South Carolina  29202
Telephone: 803/748-9533
Email: chris@chrismillslaw.com
Attorney for Defendant McCamy